UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                      Case No. 3:15-cr-103

vs.

LUCAS JUSTICE,                         Magistrate Judge Michael J. Newman

    Defendant.

**ORDER: (1) CONTINUING THE PRETRIAL CONFERENCE IN THIS CASE UNTIL APRIL 6, 2016; AND (2) MAKING AN ENDS OF JUSTICE FINDING**

    This criminal case came before the Court for arraignment on February 24, 2016.  Special Assistant United States Attorney Julianne McCammon appeared on behalf of the government.  Assistant Federal Public Defender Art Mullins appeared on behalf of Defendant.  Defendant was also present in Court for his arraignment.  The government orally moved to continue the pretrial conference in this case until April 6, 2016.  Defendant did not object to the government's motion and orally agreed to toll the speedy trial time until that date.

    Accordingly, this case will come before the Court for a pretrial conference on **April 6, 2015 at 9:30 a.m.** in **Courtroom #4**.  The Court finds that, pursuant to 18 U.S.C. § 3161, after considering the factors set forth therein, the ends of justice are served by granting the requested continuance and that such continuance outweighs the best interest of the public and Defendant in a speedy trial.  Failure to grant the requested continuance would deny both the government and Defendant the time necessary for effective preparation, and the ability to explore all available means of resolving this case.  *See* 18 U.S.C. § 3161(h)(7).  Thus, the time from

February 24, 2016 until April 6, 2016 is excluded in computing the time period set forth in 18 U.S.C. § 3161 within which the United States must bring Defendant to trial.

**IT IS SO ORDERED.**

Date:  February 25, 2016                              s/Michael J. Newman
                                                      Michael J. Newman
                                                      United States Magistrate Judge